No. 15, Original.  UNITED STATES *v.* LOUISIANA.  The State of Louisiana is given until June 4, 1956, to reply to the motion of the United States for an injunction.  In the meantime, the parties are invited to express their views as to maintenance of the status quo pending final disposition of the cause here.  THE CHIEF JUSTICE took no part in the consideration or decision of this question. *Attorney General Brownell, Solicitor General Sobeloff, Assistant Attorney General Rankin, Oscar H. Davis* and *John F. Davis* for the United States.

No. 51.  FEDERAL POWER COMMISSION *v.* SIERRA PACIFIC POWER CO.; and

No. 53.  PACIFIC GAS & ELECTRIC CO. *v.* SIERRA PACIFIC POWER CO.  The respondent's motion to amend the opinion in this case [350 U. S. 348] is denied without prejudice to the future determination of any issues that may arise as to the right of Sierra to restitution of the excess payments made pursuant to the Commission's invalid order.  THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would grant the motion. *Solicitor General Sobeloff* and *Willard W. Gatchell* for petitioner in No. 51.  *F. T. Searls, Robert E. May* and *John C. Morrissey* for petitioner in No. 53.  *William C. Chanler* for respondent.

No. 808.  WICKS ET AL. *v.* BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES ET AL.  C. A. 9th Cir. Certiorari denied.  The motion for leave to file petition for writ of mandamus is also denied.  *Carl M. Gould* for petitioners.  *Lester P. Schoene, Milton Kramer, Clarence Mulholland, Edward J. Hickey, Jr., Irl D. Brett* and *James L. Crawford* for the Brotherhood of Maintenance of Way Employees et al., respondents.